207 So.2d 540

**MID–CONTINENT REFRIGERATOR COMPANY**

v.

**Joe HURST, d/b/a Joe Hurst Grocery.**

No. 49116.

March 8, 1968.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.